FLORENCE S. CLARKE, Landlord, Respondent, *v.* OTIS SHEPARD, Tenant, Appellant.*

Supreme Court, Appellate Term, First Department, January 30, 1947.

* See, also, *Hunt* v. *Hart,* 188 Misc. 534.— [REP.

*Walter R. Kuhn* and *Ralph L. Knisley* for appellant.

*Kenneth H. Guild* for respondent.

*Per Curiam.* The tenant being a monthly tenant for a calendar month, the statutory notice prescribed by section 232-a of the Real Property Law should have been served at least thirty days prior to the last day of the month.

The final order should be reversed and petition dismissed, with $30 costs, without prejudice to a new proceeding on proper notice.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.